UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Telephone (203) 773-2350

November 12, 2003

3:15 PM

*Held 3:15-3:30 (15 minutes)*

3-01-cv-1134  (JBA) Equant Integration v United Rentals

----

COUNSEL OF RECORD:

| | |
|---|---|
| William J. Egan | Brown Raysman Millstein Felder & Steiner, 185 Asylum Street 10th Floor, Hartford, CT 860-275-6400 |
| Barry G. Felder | Brown Raysman Millstein Felder & Steiner, 185 Asylum St., Hartford, CT 860-275-6400 |
| Donald E. Frechette | Edwards & Angell, 90 State House Sq., 9th Fl., Hartford, CT 860-541-7763 |
| Janet Marie Helmke | Edwards & Angell, 90 State House Sq., 9th Fl., Hartford, CT 860-541-7763 |
| Laura Land Himelstein | Brown, Raysman, Millstein, Felder & Steiner, 900 Third Ave., New York, NY 212-895-2000 |
| Thomas J. Lengyel | Brown Raysman Millstein Felder & Steiner, 185 Asylum St., Hartford, CT 860-275-6400 |
| Jeffrey J. Medeiros | Edwards & Angell, 90 State House Sq., 9th Fl., Hartford, CT 860-541-7763 |
| Joshua Laurence Milrad | Mound, Cotton, Wollan & Greengrss, One Battery Park Plaza 8th Floor, New York, NY 212-804-4200 |
| Joseph M. Pastore III | Brown Raysman Millstein Felder & Steiner, 185 Asylum St., Hartford, CT 860-275-6400 |
| Pamela E. Woodside | Brown Raysman Millstein Felder & Steiner, 185 Asylum St., Hartford, CT 860-275-6400 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK