IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

Nov 13   2 59 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------------x

EQUANT INTEGRATION SERVICES, INC.   :

                3:01 CV 1134 (JBA)

V.

UNITED RENTALS (NA), INC.        DATE: NOV. 13, 2003

------------------------------------------------------x

## MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:   November 12, 2003

Attorneys Present:    Joseph M. Pastore, Esq.
           William J. Egan, Esq.
           (For Plaintiff)(by telephone)

           Donald E. Frechette, Esq.
           Janet Marie Helmke, Esq.
           (For Defendant)(by telephone)

### DISCUSSIONS

Brief discussions were held regarding the progress made by the parties in attempting to resolve this lawsuit, and what additional deadlines should be imposed, if at all.

### ORDERS

1. The parties and their attorneys will hold a continued settlement conference **on or before December 12, 2003**.

2. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

AO 72A
(Rev. 8/82)

Dated at New Haven, Connecticut, this 13th day of November, 2003.

Joan Glazer Margolis
U.S. Magistrate Judge