UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EQUANT INTEGRATION SERVICES, INC. | ) | CIVIL CASE NO: |
| | ) | 3:01 CV 1134 (JBA) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED RENTALS (NORTH AMERICA), | ) | |
| INC. F/K/A UNITED RENTALS, INC., | ) | |
| | ) | |
| Defendant. | ) | April 6, 2004 |
| | ) | |

### NOTICE OF DISMISSAL

Plaintiff Equant Inc., formerly known as Equant Integration Services, Inc. ("Equant") hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that any and all claims against the Defendant as set forth by Equant in the above captioned action are hereby dismissed with prejudice, each party to bear its own expenses, costs and attorneys' fees.

HARTFORD 83352v3

Counsel for the Defendant has been notified of this notice of dismissal and has stated no objection. This notice is dated this 6th day of April, 2004, in Hartford, Connecticut.

THE PLAINTIFF
EQUANT INC.,

By /s/ Joseph M. Pastore
Joseph M. Pastore III (ct11431)
William J. Egan (ct07975)
Pamela E. Woodside (ct22293)
Brown Raysman Millstein Felder &
  Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275-6400

\*   \*   \*

Barry G. Felder (Of Counsel)
900 Third Avenue
New York, N.Y 10022
(212) 895-2000

HARTFORD 83352v3

## CERTIFICATION

I hereby certify that a copy of Notice of Dismissal was mailed via first-class mail, postage prepaid, this 6th day of April, 2004 to the following:

Donald E. Frechette, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06013

Janet Helmke, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06013

_____
William J. Egan

HARTFORD 83352v3