UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
EQUANT INTEGRATION SERVICES, INC.   )
                                    )   CIVIL CASE NO:
          Plaintiff,                )   3:01 CV 1134 (JBA)
                                    )
     v.                             )
                                    )
UNITED RENTALS (NORTH AMERICA),     )
INC. F/K/A UNITED RENTALS, INC.,    )
                                    )
          Defendant.                )   April 6, 2004
                                    )
------------------------------------x

## NOTICE OF DISMISSAL

Plaintiff Equant Inc., formerly known as Equant Integration Services, Inc. ("Equant") hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that any and all claims against the Defendant as set forth by Equant in the above captioned action are hereby dismissed with prejudice, each party to bear its own expenses, costs and attorneys' fees.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
      Deputy Clerk

FILED

HARTFORD 83352v3